AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-CV-00160-JPM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Prince George's County Department of Corrections
was received by me on *(date)*    01/27/2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Certified mail, return receipt requested; restricted delivery: 13400 Dille Drive, Upper Marlboro, Maryland 20772

My fees are $ 10.18 for travel and $ _____ for services, for a total of $ 10.18 .

I declare under penalty of perjury that this information is true.

Date: 3/21/2018 ~~02/05/2018~~

*Ahmed M. Mohamed*
Server's signature

Ahmed M. Mohamed, Trial Attorney
Printed name and title

453 New Jersey Ave SE, Washington DC 20003
Server's address

Additional information regarding attempted service, etc:



# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70170190000025528696

Your item was delivered to an individual at the address at 3:26 pm on January 27, 2018 in UPPER MARLBORO, MD 20772.

## ✓ Delivered

January 27, 2018 at 3:26 pm
Delivered, Left with Individual
UPPER MARLBORO, MD 20772

**Tracking History**                                                                    ⌃

**January 27, 2018, 3:26 pm**
Delivered, Left with Individual
UPPER MARLBORO, MD 20772
Your item was delivered to an individual at the address at 3:26 pm on January 27, 2018 in UPPER MARLBORO, MD 20772.

**January 27, 2018, 6:58 am**
Departed USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER

**January 26, 2018, 5:58 pm**
Arrived at USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER

**January 26, 2018**
In Transit to Next Facility

January 25, 2018, 11:08 pm
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

Product Information ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-00160-JPM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Mary Lou McDonough

was received by me on *(date)*   02/02/2018   .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Certified mail, return receipt requested; restricted delivery: 13400 Dille Drive, Upper Marlboro, Maryland 20772

My fees are $   10.18   for travel and $ _____ for services, for a total of $   10.18   .

I declare under penalty of perjury that this information is true.

Date:   3/21/2018   ~~02/05/2018~~

*Server's signature:* Ahmed M. Mohamed

Ahmed M. Mohamed, Trial Attorney
*Printed name and title*

453 New Jersey Ave SE, Washington DC 20003
*Server's address*

Additional information regarding attempted service, etc:

```
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____        Postmark
☐ Certified Mail Restricted Delivery $ _____        Here
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$ 10.18
Sent To  Mary Lou McDonough Price
Street and Apt. No., or PO Box No.
13400 Allie Price
City, State, ZIP+4®
Upper Marlboro, MD 20772

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions
```

7017 0190 0000 2552 8719

# USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70170190000025528719

Remove ✕

Your item was delivered to an individual at the address at 3:52 pm on February 2, 2018 in UPPER MARLBORO, MD 20772.

## ✓ Delivered

February 2, 2018 at 3:52 pm
Delivered, Left with Individual
UPPER MARLBORO, MD 20772

### Tracking History

**February 2, 2018, 3:52 pm**
Delivered, Left with Individual
UPPER MARLBORO, MD 20772
Your item was delivered to an individual at the address at 3:52 pm on February 2, 2018 in UPPER MARLBORO, MD 20772.

**January 31, 2018, 10:36 am**
Out for Delivery
UPPER MARLBORO, MD 20772

**January 31, 2018, 10:26 am**
Sorting Complete
UPPER MARLBORO, MD 20772

**January 30, 2018, 9:15 am**
Arrived at Unit
UPPER MARLBORO, MD 20772

January 25, 2018, 11:08 pm
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**Product Information** ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-00160-JPM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Correne Labbe

was received by me on *(date)* 01/27/2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Certified mail, return receipt requested; restricted delivery: 13400 Dille Drive, Upper Marlboro, Maryland 20772

My fees are $ 10.18 for travel and $ _____ for services, for a total of $ 10.18 .

I declare under penalty of perjury that this information is true.

Date: 3/21/2018 ~~02/05/2018~~

*Ahmed M. Mohamed*
Server's signature

Ahmed M. Mohamed, Trial Attorney
*Printed name and title*

453 New Jersey Ave SE, Washington DC 20003
*Server's address*

Additional information regarding attempted service, etc:



# USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

## Track Another Package +

**Tracking Number:** 70170190000025528702

Remove ✕

Your item was delivered to an individual at the address at 3:26 pm on January 27, 2018 in UPPER MARLBORO, MD 20772.

## ✓ Delivered

January 27, 2018 at 3:26 pm
Delivered, Left with Individual
UPPER MARLBORO, MD 20772

### Tracking History

**January 27, 2018, 3:26 pm**
Delivered, Left with Individual
UPPER MARLBORO, MD 20772
Your item was delivered to an individual at the address at 3:26 pm on January 27, 2018 in UPPER MARLBORO, MD 20772.

**January 27, 2018, 6:58 am**
Departed USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER

**January 26, 2018, 5:58 pm**
Arrived at USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER

**January 26, 2018**
In Transit to Next Facility

January 25, 2018, 11:08 pm
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**Product Information** 

See Less ︿

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-00160-JPM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Reverend James E. Penn

was received by me on *(date)* 01/27/2018.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Certified mail, return receipt requested; restricted delivery: 13400 Dille Drive, Upper Marlboro, Maryland 20772

My fees are $ 10.18 for travel and $ _____ for services, for a total of $ 10.18.

I declare under penalty of perjury that this information is true.

Date: 3/21/2018 ~~02/05/2018~~

*Ahmed M. Mohamed*
Server's signature

Ahmed M. Mohamed, Trial Attorney
Printed name and title

453 New Jersey Ave SE, Washington DC 20003
Server's address

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $ _____
☐ Return Receipt (electronic)     $ _____         Postmark
☐ Certified Mail Restricted Delivery $ _____       Here
☐ Adult Signature Required        $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$ 10.18

Sent To Rev James E Pen lince
Street and Apt. No., or PO Box No. 13400 Dille Drive
City, State, ZIP+4® Upper Marlboro, MD 20772

7017 0190 0000 2552 8726

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

# USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

## Track Another Package +

**Tracking Number:** 70170190000025528726                          Remove ✕

Your item was delivered to an individual at the address at 3:26 pm on January 27, 2018 in UPPER MARLBORO, MD 20772.

## ✓ Delivered

January 27, 2018 at 3:26 pm
Delivered, Left with Individual
UPPER MARLBORO, MD 20772

### Tracking History                                                           ∧

**January 27, 2018, 3:26 pm**
Delivered, Left with Individual
UPPER MARLBORO, MD 20772
Your item was delivered to an individual at the address at 3:26 pm on January 27, 2018 in UPPER MARLBORO, MD 20772.

**January 27, 2018, 6:58 am**
Departed USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER

**January 26, 2018, 5:58 pm**
Arrived at USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER

**January 26, 2018**
In Transit to Next Facility

January 25, 2018, 11:08 pm
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

Product Information  ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-00160-JPM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Colonel Mark E. Person

was received by me on *(date)*    01/27/2018    .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  Certified mail, return receipt requested; restricted delivery: 13400 Dille Drive, Upper Marlboro, Maryland 20772

My fees are $   10.18   for travel and $ _____ for services, for a total of $   10.18   .

I declare under penalty of perjury that this information is true.

Date:   3/21/2018   (02/05/2018 struck through)

Server's signature: *Ahmed M. Mohamed*

Ahmed M. Mohamed, Trial Attorney
*Printed name and title*

453 New Jersey Ave SE, Washington DC 20003
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ _____ | Postmark Here |
| ☐ Return Receipt (electronic) $ _____ | |
| ☐ Certified Mail Restricted Delivery $ _____ | |
| ☐ Adult Signature Required $ _____ | |
| ☐ Adult Signature Restricted Delivery $ _____ | |
| Postage | |
| $ | |
| Total Postage and Fees  10.18 | |
| $ | |

Sent To  Col. Mark E. Peson, Prince
Street and Apt. No., or PO Box No.  13400 Billie Drive
City, State, ZIP+4®  Upper Marlboro, MD 20772

7017 0190 0000 2552 8733

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**January 26, 2018**
In Transit to Next Facility

**January 25, 2018, 11:08 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**Product Information**    ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**The easiest tracking number is the one you don't have to know.**