UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: Snowden, et al. v. Prince George's County, Maryland, et al.
Civil No. PJM 18-160

DATE: June 25, 2019

\* \* \*

A 30(b)(6) deposition has been duly noticed to a third party to the above-captioned case, Good News Jail Ministries. A telephone conference was held yesterday on a Motion for Protective Order filed by the County on behalf of Good News. Independent counsel has not entered an appearance in the case for Good News. Prince George's County Associate County Attorney Shelley Johnson represented that she was acting on behalf of Good News on the conference call.

For the reasons stated on the record, the Motion for Protective Order (ECF No. 51) is **GRANTED-IN-PART** and **DENIED-IN-PART**. It is **GRANTED** only insofar as it relates to any specific inquiries of Good News beyond its relationship with Prince George's County, or activities of Good News outside Prince George's County. Plaintiffs, however, may inquire generally about Good News' background, about the nature of the organization, its objectives, and where else it is involved in prison activities. If the representative(s) from Good News brings up its relationships with or practices in other municipal entities, reasonable follow-up inquiry will be permitted. The deposition will go forward as to all areas of inquiry specific to Good News and its practices in and relationship with Prince George's County.

The Court directs Attorney Johnson to communicate to Good News the Court's strong urging that Good News arrange for independent counsel to appear at the deposition on June 26, 2019, and at such times thereafter as may be necessary.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc: Court File