UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

May 3, 2022

TO:     Counsel of Record

RE:     *Snowden, et al. v. Prince George's County, Maryland, et al.*
        Civ. No. 18-160-PJM

* * *

The Court understands that the February 4, 2022 settlement conference was unsuccessful, but the parties still seem amenable to participating in further settlement discussions.

Judge Messitte has asked me to advise you that he is working on an opinion on the pending motions which he anticipates filing in the next 60 days, unless the case settles before then.

If counsel wish to return to settlement conference before a magistrate judge, please advise chambers without delay.

Sincerely,

/s/
Alexandra T. Highsmith
Law Clerk to Judge Messitte

CC:     Court file
        Counsel of Record